**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JOSHUA WAYNE THOMPSON,** Defendant. | CASE NO.: 2:19-CR-0236-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Joshua Wayne Thompson |
| Detained at | North County Correctional Facility (a Los Angeles County jail) |
| Warden/Custodian: | Alex Villanueva, Sheriff, Los Angeles County |

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Timothy H. Delgado* |
| Printed Name & Phone No: | AUSA Timothy H. Delgado – (916) 554-2805 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 24, 2020

Hon. Allison Claire
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKAs (if known): | | ☒ Male | ☐ Female |
| Booking or CDC #: | Booking # 5878187 | DOB: | ■■■ |
| Facility Address: | North County Correctional Facility | Race: | |
| | 29340 The Old Road | | |
| | Castaic, CA 91384 | | |
| Facility Phone: | (661) 295-7810 | FBI#: | 95986CE4 |
| Currently | In Custody | | |

**RETURN OF SERVICE**

Executed on: _____  _____
(signature)