McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-236 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSHUA WAYNE THOMPSON, | DATE: June 11, 2020 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, U.S. Magistrate Judge Carolyn K. Delaney excluded time in this matter under the Speedy Trial Act through June 4, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

2.      By previous order, this Court set a status conference in this matter for June 11, 2020.

3.      By this stipulation, the parties request that this Court exclude time between June 4, 2020, through June 11, 2020, under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

4.      The parties agree and stipulate, and request the Court find, the following:

         a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as several photographs, in electronic form, totaling approximately 122 pages. All of this discovery has been either produced

1    directly to counsel and/or made available for inspection and copying.

2          b)      Counsel for defendant desires additional time to consult with her client, to review

3    the current charges, to conduct investigation and research related to those charges, to review

4    discovery, and to otherwise prepare for trial.

5          c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny her the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8          d)      The government does not object to the continuance.

9          e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2020, to June 11, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  May 27, 2020                                        McGREGOR W. SCOTT
                                                           United States Attorney


                                                           /s/ MATTHEW THUESEN
                                                           MATTHEW THUESEN
                                                           Assistant United States Attorney


Dated:  May 27, 2020                                       /s/ HANNAH LABAREE
                                                           HANNAH LABAREE
                                                           Counsel for Defendant
                                                           Joshua Wayne Thompson


### ORDER

IT IS SO ORDERED.

Dated:  May 29, 2020


MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE