McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-236 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSHUA WAYNE THOMPSON, | DATE: July 23, 2020 TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this Court excluded time in this matter under the Speedy Trial Act through June 11, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). DE 15.

2.      By previous order, this Court set a status conference in this matter for July 23, 2020. DE 16.

3.      By this stipulation, the parties request that this Court exclude time from June 11, 2020, through July 23, 2020, under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

4.      The parties agree and stipulate, and request the Court find, the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as several photographs, in electronic form, totaling approximately 122 pages. All of this discovery has been either produced

1  directly to counsel and/or made available for inspection and copying.

2        b)     Counsel for defendant desires additional time to consult with her client, to review

3  the current charge, to conduct investigation and research related to that charge, to review

4  discovery, and to otherwise prepare for trial.

5        c)     Counsel for defendant believes that failure to grant the above-requested

6  continuance would deny her the reasonable time necessary for effective preparation, taking into

7  account the exercise of due diligence.

8        d)     The government does not object to the continuance.

9        e)     Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

2    et seq., within which trial must commence, the time period of June 11, 2020, to July 23, 2020,

3    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4),

4    because it results from a continuance granted by the Court at defendant's request on the basis of

5    the Court's finding that the ends of justice served by taking such action outweigh the best interest

6    of the public and the defendant in a speedy trial.

7    IT IS SO STIPULATED.

8

9

10   Dated:  June 9, 2020                    MᴄGREGOR W. SCOTT
                                             United States Attorney

11

12                                           /s/ MATTHEW THUESEN
                                             MATTHEW THUESEN
13                                           Assistant United States Attorney

14

15   Dated:  June 9, 2020                    /s/ HANNAH LABAREE
                                             HANNAH LABAREE
16                                           Counsel for Defendant
                                             Joshua Wayne Thompson
17

18

19                              **ORDER**

20        IT IS SO ORDERED.

21   Dated:  June 11, 2020

22

23

24                                           MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE

25

26

27

28