McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-236 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSHUA WAYNE THOMPSON, | DATE: August 20, 2020 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this Court set a status conference in this matter for July 23, 2020, and excluded time under the Speedy Trial Act through July 23, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). DE 19.

2. By this stipulation, the parties request that this Court continue the status conference to August 20, 2020, and exclude time from July 23, 2020, through August 20, 2020, under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request the Court find, the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as several photographs, in electronic form, totaling approximately 126 pages. All of that discovery has been either produced directly to counsel or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with her client, to review the current charge, to conduct investigation and research related to that charge, to review discovery, and to otherwise prepare for trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 23, 2020, to August 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1       IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 21, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| | |
| Dated:  July 21, 2020 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Counsel for Defendant<br>Joshua Wayne Thompson |

**ORDER**

IT IS SO ORDERED.

Dated:  July 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3